IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01500-WJM-BNB

ALVA MESSER,

Plaintiff,

v.

HI COUNTRY STABLES CORPORATION,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Leave to Amend Answer to Assert Counterclaim for Reformation** [docket no. 13, filed October 12, 2011] (the "Motion"). Plaintiff filed a response to this Motion stating that she did not oppose it at docket entry no. 16.

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept the amended answer which is attachment 2 to the Motion [13].

IT IS FURTHER ORDERED that the hearing set for **November 7, 2011** is **VACATED.**


DATED:  October 17, 2011