IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01500-WJM-BNB

ALVA MESSER,

Plaintiff,

v.

HI COUNTRY STABLES CORPORATION,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Modification of Plaintiff's Motion for Leave to File First Amended Complaint and Minute Order re Same Filed on October 18, 2011** [docket no. 22, filed October 18, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the **Unopposed Motion for Plaintiff's Leave to File First Amended Complaint to Assert Claims that Defendant Failed to Make Reasonable and Prudent Efforts to Determine the Ability of the Plaintiff to Engage Safely in the Equestrian Activity** [17] is **GRANTED**. The Clerk of the Court is directed to accept the First Amended Complaint and Jury Demand, which is attached as Exhibit B, for filing.

IT IS FURTHER ORDERED that the hearing set for **October 31, 2011**, is **VACATED**.

DATED: October 19, 2011