IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01500-WJM-BNB

ALVA MESSER,

Plaintiff,

v.

HI COUNTRY STABLES CORPORATION,

Defendants.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order Regarding Expert Disclosures** [docket no. 28, filed November 9, 2011] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **December 31, 2011**. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 31, 2011**.

DATED: November 10, 2011