IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01500-WJM-BNB

ALVA MESSER,

Plaintiff,

v.

HI COUNTRY STABLES CORPORATION,

Defendants.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Vacate and Reschedule Date of Final Pretrial Conference** [docket no. 37, filed February 29, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for May 31, 2012, is **vacated and reset to June 28, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **June 21, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: March 1, 2012